No. 173. MOUND COMPANY *v.* TEXAS COMPANY. C. A. 5th Cir. Certiorari denied. *John Leroy Jeffers* for petitioner. *Leon Jaworski* for respondent.

No. 179. ORGEL ET AL. *v.* CLARK BOARDMAN Co., LTD., ET AL. C. A. 2d Cir. Certiorari denied. *James E. Birdsall* for petitioners. *Philip Wittenberg* and *Edward W. Stitt, Jr.* for respondents.

No. 181. LAKELAND GROCERY CORP. *v.* FOOD FAIR STORES, INC. C. A. 4th Cir. Certiorari denied. *William L. Parker* and *Norris E. Halpern* for petitioner. *Archibald G. Robertson* and *Lewis T. Booker* for respondent.

No. 183. GREEN TRUCK SALES, INC., *v.* HOEGH LINES. C. A. 9th Cir. Certiorari denied. *Francis J. Gabel* for petitioner. *L. Robert Wood* for respondent.

No. 184. BATTLES *v.* GOLDBERG, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied. *Stanford Shmukler* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for respondent.

No. 185. GIBAS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Richard E. Gorman* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 186. SOLOMON DEHYDRATING Co., INC., *v.* GUYTON. C. A. 8th Cir. Certiorari denied. *Joseph T. Votava* for petitioner.